## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| DAVID AKO-ANNAN,<br><br>           Plaintiff<br><br>v.<br><br>EASTERN MAINE MEDICAL CENTER,<br><br>           Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)  **Case No.**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

Defendant, Eastern Maine Medical Center hereby removes the above captioned action, Docket. No. BANSC-CV-2019-147, currently pending in Maine Superior Court, Penobscot County, to the United States District Court for the District of Maine. Removal is based on federal question jurisdiction pursuant to 28 U.S.C. § 1331 and is authorized by 28 U.S.C. §§ 1441 and 1446. As grounds for removal, the Defendant states as follows:

1. Plaintiff filed his Complaint in the Penobscot County Superior Court on or about November 1, 2019. Defendants have agreed to accept service but have not yet done so.

2. The Complaint asserts claims against the Defendant for the violation of the Title VII of Federal Civil Rights Act, 42 U.S.C. § 2000e, the Maine Human Right Act and the Maine Whistleblowers Protection Act.

3. This Court has original jurisdiction over this action under the provisions of 28 U.S.C. § 1331.

4. This action may therefore be removed pursuant to 28 U.S.C. § 1441.

5.	In accordance with 28 U.S.C. § 1446(d), Defendant is filing a copy of this Notice of Removal with the Maine Superior Court, Penobscot County and is sending a copy to Plaintiff's counsel.

6.	The duplicate record reflects every action taken in the matter by the state court prior to removal and is attached to the accompanying affidavit of Melissa A. Hewey.

Dated:  November 29, 2019               /s/ *Melissa A. Hewey*

                                        Melissa A. Hewey
                                        Attorney for Defendants

                                        Drummond Woodsum
                                        84 Marginal Way, Suite 600
                                        Portland, ME  04101-2480
                                        Telephone (207) 772-1941
                                        Facsimile (207) 772-3627
                                        mhewey@dwmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2019, I electronically filed the above Notice of Removal with the Clerk of the Court.

                                        */s/ Melissa A. Hewey*
                                        Melissa A. Hewey