UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

DAVID AKO-ANNAN, )
)
    Plaintiff )
)
v. ) 1:19-cv-00544-JCN
)
EASTERN MAINE MEDICAL )
CENTER, )
)
    Defendant )

## VERDICT FORM

1. Has Plaintiff proved by a preponderance of the evidence that Defendant engaged in unlawful racial discrimination against him when Defendant terminated his employment?

    YES __✓__      NO _____

    Answer question 2.

2. Has Plaintiff proved by a preponderance of the evidence that Defendant engaged in unlawful sex discrimination against him when Defendant terminated his employment?

    YES _____      NO __✓__

    If you answered "YES" to either question 1 or 2, answer question 3.

    If you answered "NO" to questions 1 and 2, answer no more questions.

3. What amount of compensatory damages, if any, is Plaintiff entitled to recover on his claim against Defendant?

$ 1,500,000.00

Dated: November 2, 2022

Signature Redacted – Original on file with the Clerk's Office

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

DAVID AKO-ANNAN, )
  )
  Plaintiff )
  )
v. ) 1:19-cv-00544-JCN
  )
EASTERN MAINE MEDICAL )
CENTER, )
  )
  Defendant )

## VERDICT FORM

1. Has Plaintiff proven by a preponderance of the evidence that he is entitled to an award of punitive damages?

    YES ✓     NO _____

    If you answered "YES" to question 1, answer question 2.

    If you answered "NO" to question 1, answer no more questions.

2. What amount of punitive damages do you award Plaintiff?

    $ 1,500,000.00

Dated: November 2, 2022

[Signature Redacted – Original on file with the Clerk's Office]

11/2/22